UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: SUBPOENA OF BRANDON DONOFRIO IN THE MATTER OF:<br><br>United States District Court for the Western District of Washington, No. C09-0285 TSZ<br><br>EXPERIENCE HENDRIX, L.L.C, a Washington Limited Liability Company, and AUTHENTIC HENDRIX, LLC, a Washington Limited Liability Company,<br><br>                            Plaintiffs,<br>      vs.<br><br>HENDRIXLICENSING.COM, LTD, dba HENDRIX ARTWORK and HENDRIXARTWORK.COM, a Nevada Corporation, and ANDREW PITSICALIS and CHRISTINE RUTH FLAHERTY, husband and wife,<br><br>                            Defendants. | No. 2:09-cv-02275-LRH-LRL<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL ATTENDANCE OF BRANDON DONOFRIO AT DEPOSITION PURSUANT TO SUBPOENA |

This matter has come before the Court on Plaintiffs Experience Hendrix, L.L.C.'s and Authentic Hendrix, LLC's motion to compel deposition of Brandon Donofrio pursuant to subpoena. Having carefully considered the papers filed by the parties in support of and in opposition to the motion, the Court hereby GRANTS the motion to compel. In accordance with this ORDER:

1. Mr. Donofrio will appear at 9:00 a.m. on January 6, 2010, for his videotaped deposition at the offices of Esquire Court Reporters, located at 2300 Sahara Ave., Suite #770, Las Vegas NV 89102.

2. In addition to giving complete and truthful testimony at his deposition, Mr. Donofrio will produce all documents in his possession, custody, or control that are responsive to Exhibit A to the subpoena served on him on October 29, 2009.

DATED this 29th day of December, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE